UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CUSTOM FAMILY GIFTS LLC, | ) | Case No. 2:21-cv-02455-RGK-JC |
| Plaintiff, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| HEIRLOOM PRINTS LLC and DOMINICK MATTIELLO, | ) ) ) | JUDGE |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Motion to Strike Defendant Dominick Mattiello's Answer, Enter Default, and Monetary Sanctions Against Defendant[] of $5,552 for Defendant Mattiello's Failure to Comply with Court's Order Compelling Appearance at Deposition ("Plaintiff's Motion") and accompanying documents, and all of the records herein, including the March 1, 2022 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS HEREBY ORDERED that Plaintiff's Motion is granted as follows: (1) Terminating sanctions are granted as against Defendant Dominick Mattiello;

(2) the Answer of Defendant Mattiello is stricken as to Defendant Mattiello (Docket No. 24); (3) the Clerk shall enter a default as to Defendant Mattiello; and (4) Defendant Mattiello shall pay monetary sanctions in the amount of $5552, to Plaintiff within fourteen (14) days of the entry of this Order.

      IT IS FURTHER ORDERED that the Clerk serve copies of this Order on the parties to this action.

      IT IS SO ORDERED.

DATED: March 24, 2022

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE