JEFFREY A. COHEN (SBN 149615)
TORIN A. DORROS (SBN 191228)
**COHEN BUSINESS LAW GROUP**
*A Professional Law Corporation*
10990 Wilshire Blvd., Suite 1025
Los Angeles, California 90024
Tel: (310) 469-9600
Fax: (310) 469-9610

Attorneys for Plaintiff, *Custom Family Gifts LLC*

JS6

NOTE: CHANGES MADE BY THE COURT.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CUSTOM FAMILY GIFTS LLC, a California limited liability company<br><br>Plaintiff,<br><br>v.<br><br>HEIRLOOM PRINTS LLC, a Florida limited liability company; DOMINICK MATTIELLO, an individual<br><br>Defendants. | Case No. 2:21-cv-02455-RGK-JC<br><br>**~~[PROPOSED]~~ JUDGMENT AFTER APPLICATION FOR ENTRY OF JUDGMENT BY COURT** [68]<br><br>Date: May 16, 2022<br>Time: 9:00 a.m.<br>Courtroom: 850 |

Having considered the papers filed in support of Plaintiff's Application for Default Judgment by Court, and any opposition and reply thereto, the Court finds that Plaintiff has established good cause for the entry, forthwith of the following judgment and determines that there is no evidence that Defendants are infants, incompetent persons, or in active military service:

///

///

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

**As to All Causes of Action:**

1. Judgment is hereby entered in favor of Plaintiff, Custom Family Gifts, LLC and against Defendants HEIRLOOM PRINTS LLC, a Florida limited liability company, and DOMINICK MATTIELLO, an individual, jointly and severally, with prejudice on each of the following grounds:

   a. That Defendants, and each of them, knowingly materially misrepresented that items identified within two DMCA Takedown notices dated October 23, 2020 and a third DMCA Takedown notice dated April 6, 2021 ("Takedown Notices") infringed upon any rights of the Defendants when they did not so infringe;

   b. That Defendants, and each of them had no rights, or exclusive rights to the materials identified in the Takedown Notices;

   c. That Plaintiff did not infringe upon the rights of the Defendants, if any.

   ~~d.~~

2. That pursuant to 17 U.S.C. § 512(f) Plaintiff Custom Family Gifts, LLC is entitled to recover its costs and attorney's fees incurred in this action, jointly and severally against Defendants HEIRLOOM PRINTS LLC, a Florida limited liability company, and DOMINICK MATTIELLO, an individual.

3. That Plaintiff Custom Family Gifts, LLC is awarded, jointly and severally, against Defendants HEIRLOOM PRINTS LLC, a Florida limited liability company, and DOMINICK MATTIELLO, the following monetary relief:

   a. Special damages in the amount of $244,426.81;

   b. Non-Taxable attorney's fees and costs in the amount of $72,830.25;

c. Non-Taxable attorney's fees previously awarded against Defendant Mattiello as sanctions on December 1, 2021, in the amount of $2,252 (Dkt. No. 49);

d. Non-Taxable attorney's fees previously awarded against Defendant Mattiello as sanctions on March 24, 2022, in the amount of $5,552 (Dkt. No. 61); and

e. Punitive damages in the amount of $2,199,841.38.

4. That in accordance with Federal Rule of Civil Procedure 65 and the Court's inherent equitable power to issue provisional remedies ancillary to its authority to provide final equitable relief, and no prior equitable relief having been granted, Defendants HEIRLOOM PRINTS LLC, a Florida limited liability company, and DOMINICK MATTIELLO, an individual, and their respective members, officers, agents, servants, employees, and others acting in concert therewith who receive actual notice of this judgment (collectively the "Enjoined Parties") are hereby permanently enjoined as follows; with respect to the items identified in the Takedown Notices:

a. from asserting or alleging claims or allegations of copyright infringement;

b. from asserting or alleging any claims or allegations of copyright infringement against Plaintiff or otherwise pertaining to the Plaintiff's stores or products; and

c. from asserting or alleging any claims or allegations of copyright infringement to any service provider pursuant to 17 U.S.C. § 512 et seq. otherwise known as a "DMCA Takedown Notice".

5. Notwithstanding the forgoing, Enjoined Parties shall have the right to petition this Court for relief from this injunction, upon good cause, in advance of making any such assertion or allegation in any particular instance.



6. Defendants HEIRLOOM PRINTS LLC, a Florida limited liability company, and DOMINICK MATTIELLO, an individual, shall not object to the reinstatement of any and all online marketplaces or stores exhibiting the products identified in the Takedown Notices for sale.
7. The injunctive relief contained herein shall be permanent in nature and shall remain in effect until further order of this Court.

~~8.~~

**IT IS SO ORDERED.**

Dated: February 17, 2023, ~~2022~~

HON. R GARY KLAUSNER